UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br>　　　　　Plaintiff,<br>v.<br>JANE DOE,<br>　　　　　Defendant. | 5:22-CV-500-D-BM |

ORDER

This matter is before the court on the Plaintiff's motion (ECF No. 12) to stay the Order (ECF No. 8) requiring the Plaintiff to file an amended complaint under his legal name by January 30, 2023, pending the Fourth Circuit Court of Appeals decision on Plaintiff's appeal (ECF No. 9) seeking review of that order. For the reasons set out in the motion and other good cause shown, the motion will be allowed.

THEREFORE, it is hereby ORDERED that the portion of the Order (ECF No. 8) requiring Plaintiff to file an amended complaint under his legal name shall be STAYED until the Court of Appeals rules on Plaintiff's appeal.

SO ORDERED on this __24__ day of January, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. James C. Dever III
　　　　　　　　　　　　　　　　　　United States District Judge

1