UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IAN MCLAUGHLIN,**<br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**LILY CHIN,**<br>　　　　　　**Defendant.** | CIVIL ACTION NO. 2:24-CV-00825<br><br>SECTION: P (3)<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAG. JUDGE EVA J. DOSSIER** |

### DECLARATION OF KARA L. GORYCKI IN SUPPORT OF CONSENT MOTION TO SEAL SELECT PORTIONS OF THE PARTIES' JOINT STIPULATION AND ORDER GOVERNING DISCOVERY AND EXHIBIT

**KARA L. GORYCKI**, hereby declares, subject to the pains and penalties of perjury to 28 U.S.C. § 1746:

1. I am a Partner at the law firm of Nesenoff & Miltenberg, LLP, attorneys for Plaintiff Ian McLaughlin ("Plaintiff") in the above-captioned litigation. I submit this declaration in support of the consent motion to seal select portions of the parties' "Sealed Joint Stipulation and Order Governing Discovery" as well as Exhibit 1 to this declaration.

2. Defendant has reviewed the papers filed in connection with this motion, including the proposed redactions to the Stipulation and Order and has no objection to, and does not intend to oppose, this motion.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the order dated April 26, 2023 which granted Plaintiff pseudonym protection in another pending action.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the "Sealed Joint Stipulation and Order Governing Discovery," dated April 10, 2025 with the proposed redactions highlighted in yellow.

Executed on the 11th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ *Kara L. Gorycki*  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kara L. Gorycki