UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN | CIVIL ACTION |
| VERSUS | NO. 24-825 |
| LILY CHIN | SECTION: "P" (3) |

## ORDER

Before the Court are Defendant Lily Chin's first-filed motion to seal (R. Doc. 110), a motion to strike the first-filed motion to seal (R. Doc. 111), and a subsequent motion to seal (R. Doc. 112).

**IT IS ORDERED** that the motion to strike the first-filed motion to seal (R. Doc. 111) is **GRANTED**, and the first-filed motion to seal (R. Doc. 110) is hereby **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the subsequent motion to seal (R. Doc. 112) is **DENIED** for failure to comply with Local Rule 5.6 (Procedure for Filing Documents Under Seal), particularly Local Rule 5.6(D).

Defendant shall be mindful to not include confidential material in the memorandum in support of the motion to seal, but the memorandum must include sufficient information for the Court to determine whether sealing is appropriate in accordance with governing case law in this Circuit on sealing court records.

New Orleans, Louisiana, this 29th day of April 2025.

							_____
							**DARREL JAMES PAPILLION**
							**UNITED STATES DISTRICT JUDGE**