UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IAN MCLAUGHLIN,**<br>    Plaintiff,<br><br>    v.<br><br>**LILY CHIN,**<br>    Defendant. | **CIVIL ACTION NO. 2:24-CV-00825**<br><br>**SECTION: P (3)**<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAG. JUDGE EVA J. DOSSIER** |

## ORDER

Before the Court is the Motion to File Pleading Under Seal filed by Defendant Lily Chin (R. Doc. 115). Defendant Chin seeks leave to file a redacted version of her Motion to Modify Scheduling Order, in light of the stipulation entered by the Court in which the parties agreed not to refer to the Pseudonymous Litigation by name or case number.

This Court finds that good cause exists and it is appropriate to seal Ms. Chin's Motion to Modify Scheduling Order. When appropriate, courts may order that case documents be filed under seal if the interests favoring nondisclosure in a particular case outweigh the presumption in favor of the public's common-law right of access to judicial records. *Nixon v. Warner Communications*, 435 U.S. 589, 597–98 (1978).

Having conducted a document-by-document, line-by-line analysis of the redactions Ms. Chin seeks, the Court finds the redactions are necessary and congruent to the need. Accordingly,

**IT IS ORDERED** that Defendant Lily Chin's motion is hereby **GRANTED,** and her Motion to Modify Scheduling Order may be filed into the record in its redacted form.

New Orleans, Louisiana, this 6th day of May 2025.

*[signature: Darrel James Papillion]*

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**