UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN | CIVIL ACTION |
| VERSUS | NO. 24-825 |
| LILY CHIN | SECTION: "P" (3) |

## ORDER

Considering the Motion to Substitute Exhibits (R. Doc. 144),

**IT IS ORDERED** that Defendants' Motion to Substitute Exhibits (R. Doc. 144) is **GRANTED** and that Exhibits 2 (R. Doc. 137-3), 3 (R. Doc. 137-4), 4 (R. Doc. 137-5), 5 (R. Doc. 137-6), and 9 (R. Doc. 137-10), attached thereto, be substituted into the record.

New Orleans, Louisiana, this 26th day of June, 2025.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE