UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN | CIVIL ACTION |
| VERSUS | NO. 24-825 |
| LILY CHIN | SECTION: "P" (3) |

## ORDER

Considering the Motion to Seal (R. Doc. 145),

**IT IS ORDERED** that Defendant's Motion to Seal (R. Doc. 145) is **GRANTED.**

**IT IS FURTHER ORDERED** that Exhibits 2 (R. Doc. 145-3), 3 (R. Doc. 145-4), 4 (R. Doc. 145-5), 5 (R. Doc. 145-6), and 9 (R. Doc. 145-7) be placed in the record under **SEAL** and attached to R. Doc. 137.

New Orleans, Louisiana, this 26th day of June, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE