UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN | CIVIL ACTION |
| VERSUS | NO. 24-825 |
| LILY CHIN | SECTION: "P" (3) |

## ORDER

Considering the Motion to Seal (R. Doc. 153),

**IT IS ORDERED** that Plaintiffs' Motion to Seal (R. Doc. 153) is **GRANTED.**

**IT IS FURTHER ORDERED** that Exhibits B (R. Doc. 153-3), C (R. Doc. 153-4), D (R. Doc. 153-5), E (R. Doc. 153-6), F (R. Doc. 153-7), G (R. Doc. 153-8), and H (R. Doc. 153-9) be placed into the record under **SEAL**.

New Orleans, Louisiana, this 8th day of July, 2025.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE