UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN,<br>                Plaintiff,<br><br>   v.<br><br>LILY CHIN,<br>                Defendant. | CIVIL ACTION NO. 2:24-CV-00825<br><br>SECTION: P (3)<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAG. JUDGE EVA J. DOSSIER |

## ORDER

Considering the preceding Motion to Seal filed by Defendant Lily Chin (R. Doc. 163);

This Court finds that good cause exists and it is appropriate to seal the unredacted subpoena *duces tecum* and the exhibits attached thereto, filed by Ms. Chin on September 25, 2025 [Rec Doc. 162; 162-1; 162-2]. When appropriate, courts may order that case documents be filed under seal if the interests favoring nondisclosure in a particular case outweigh the presumption in favor of the public's common-law right of access to judicial records. *Nixon v. Warner Communications*, 435 U.S. 589, 597–98 (1978).

In light of the stipulation entered by the Court in which the parties agreed not to refer to the Pseudonymous Litigation by name or case number and the Joint/Consent Protective Order entered by the Court in which the parties agreed to redact certain information designated as confidential that is filed to the public docket,

**IT IS ORDERED** that Defendant Lily Chin's motion is hereby **GRANTED** and the Rec. Docs. 162; 162-1; and 162-2 shall be **SEALED**.

New Orleans, Louisiana, this 29th day of September 2025.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE