UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN | CIVIL ACTION |
| VERSUS | NO.  24-825 |
| LILY CHIN | SECTION:  "P" (3) |

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference is scheduled for **Thursday, October 23, 2025, at 1:30 p.m.,** before the undersigned magistrate judge.  Parties are to participate in the conference by dialing (833) 990-9400 and entering Call ID 590722428.

**IT IS FURTHER ORDERED** that, prior to the conference, the parties submit a joint status report to efile-dossier@laed.uscourts.gov relative to the issues to be discussed at the conference.

New Orleans, Louisiana, this 21st day of October, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE