UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN | CIVIL ACTION |
| VERSUS | NO. 24-825 |
| LILY CHIN | SECTION "P" (3) |

**ORDER**

Considering Defendant's Unopposed Motion to Substitute Exhibits in Support of Motion to Compel R. Doc. 172 (R. Doc. 173), Defendant's Unopposed Motion to Seal Motion to Compel Compliance with Third Party Subpoena (R. Doc. 174), and Defendant's Unopposed Motion to Seal Motion to Expedite Hearing on Motion to Compel Compliance with Third Party Subpoena (R. Doc. 176);

**IT IS ORDERED** that Defendant's Motion (R. Doc. 173) is **GRANTED in part and DENIED in part.** The exhibits from the Motion to Substitute Exhibits (R. Doc. 173) shall be filed in the record to be read in place of the exhibits from the Motion to Compel (R. Doc. 172).

**IT IS FURTHER ORDERED** that Defendant's Motions to Seal (R. Docs. **174** and 176) are **GRANTED** and that the documents at issue (R. Docs. 172, 175) are placed under seal.

New Orleans, Louisiana, this 11th day of December, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE