UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN MCLAUGHLIN,<br><br>      Plaintiff,<br><br>v.<br><br>LILY CHIN,<br><br>      Defendant. | CIVIL ACTION NO. 2:24-CV-00825<br><br>SECTION: P (3)<br><br>**JUDGE DARREL JAMES PAPILLION**<br><br>**MAG. JUDGE EVA J. DOSSIER** |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff Ian McLaughlin, and Defendant Lily Chin, through their undersigned counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: February 18, 2026

    /s/ *Kara L. Gorycki*
  Kara L. Gorycki (admitted *pro hac vice*)
NY Atty ID: 4140992
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Email: kgorycki@nmllplaw.com
Telephone: (212) 736-4500

    -and-

Alex Robertson
LA Atty ID: 37285
Marcelle Robertson Mestayer, LLC
650 Poydras St. Ste. 2720
Telephone: (504) 910-6220

**Attorneys for Plaintiff Ian McLaughlin**

/s/ *Jared A. Davidson*
Jared A. Davidson, La. Bar No. 32419
Caroline M. Murley, La. Bar No. 36599
TAYLOR, WELLONS, POLITZ & DUHE, LLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Tel: (504) 525-9888
jdavidson@twpdlaw.com
cmurley@twpdlaw.com

-and-

Neil K. Roman (admitted *pro hac vice*)
Komal Shah (admitted *pro hac vice*)
Thomas Scott Shelton (admitted *pro hac vice*)
Shanelle Van (admitted *pro hac vice*)
Zora F. Franicevic* (admitted *pro hac vice*)
Ashton E. Woods (admitted *pro hac vice*)

2

Destinee E. Haller* (admitted *pro hac vice*)
Kathryn Irwin Bronstein** (admitted *pro hac vice*)
Christina Coleburn (admitted *pro hac vice*)

COVINGTON & BURLING LLP
One CityCenter
850 10th St NW
Washington, DC 20902
Tel: (202) 662-5869
Fax: (202) 778-5869
nroman@cov.com
kshah@cov.com
sshelton@cov.com
svan@cov.com
zfranicevic@cov.com
awoods@cov.com
dhaller@cov.com
kirwinbronstein@cov.com
ccoleburn@cov.com
*New York Office
**Los Angeles Office

***Attorneys for Defendant Lily Chin***