UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHN DOE                                                    CIVIL ACTION

VERSUS                                                     NO. 24-825

JANE DOE                                                  SECTION "P" (3)

## ORDER

Considering the Joint Motion to Seal Case Docket and Amend Case Caption (R. Doc. 186),

**IT IS ORDERED** that the Motion (R. Doc. 186) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties may re-urge their motion to seal as follows. The motion to seal and its attached documents **should not be filed under seal.** The parties are authorized, however, to use pseudonyms, **including in case captions**, with respect to all filings going forward on a provisional basis.[1]

**IT IS FURTHER ORDERED** that both the supporting memorandum and the proposed order and reasons should specifically address the prior decisions in this matter relative to the use of pseudonyms.

---

[1] Should the Court grant the motion to seal, this will avoid the need to continuously update the contents of the "mirror docket."

**IT IS FURTHER ORDERED** that the motion should address an approach by which all existing docket entries are sealed but a "mirror docket"[2] (to be constructed and submitted by the parties) would be filed in the record to accurately reflect sealed documents (other than as stated in footnote 2). With respect to Court orders, redactions rather than pseudonyms should be used. It is incumbent upon the parties to identify a method of indicating in the "mirror docket" that the original documents remain under seal and that changes have been made as described above.

New Orleans, Louisiana, this 7th day of May, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

---

[2] For ease of filing and review, the mirror docket should consist of a single document that includes all of the sealed documents (modified to reflect pseudonyms and redactions) with a table of contents.